United States District Court
Southern District of Texas
**ENTERED**
August 23, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF TEXAS

### McALLEN DIVISION

| | | |
|---|---|---|
| Red Wagon Grove, Inc. and Tomato House, LLC | § | |
| vs. | § | Civil Action Number  7:23-CV-145 |
| JB RESOURCES, LLC | § | |

PURSUANT to the Court's Order of August 22, 2023, and it appearing that Defendant is in default for failure to plead or otherwise defend as required by law, default is hereby entered against Defendant, **JB RESOURCES, LLC** on August 22, 2023.

NATHAN OCHSNER
Clerk

By  *Karen Lopez*
Karen Lopez, Deputy Clerk

cc:   JB Resources, LLC
c/o Texas Secretary of State, as Registered Agent
to be forwarded to Owner and/or Registered Agent
Joel Burns
7514 Girard Avenue, Suite 1215
La Jolla, CA 92037
(via: Federal Express)

c/o  Texas Secretary of State, as Registered Agent
P.O. Box 12079
Austin, Texas 78711
(via: certified mail)